**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| VALERIE SOTO, for herself and a class, ) | | 2:14CV1765 APG VCF |
| ) | | |
| Plaintiff, ) | | |
| ) | | **ORDER EXTENDING DEADLINE** |
| v.  ) | | **FOR RESPONSE TO MOTION** |
| ) | | **TO STAY (DOC. 22)** |
| AUTOVEST LLC, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

On the parties' stipulation, and after finding that good cause exists, it is hereby ordered that plaintiff may have until March 6, 2015 to respond to the pending motion for stay brought by defendant (Doc. 22).

IT IS SO ORDERED.

DATED:  February 26, 2015    _____
UNITED STATES MAGISTRATE JUDGE

3

Stipulation and Proposed Order Extending Deadline For Response to Motion to Stay (Doc. 22)